9 F.3d 1541
 Titlemore (Glenn)
v.
Raymond (Steven), Gerrow (James), Ronca (James), Jamison
(Mr.), Doe (Jane), Dixon (Clement), Fitzpatrick (Michael
Scott), King (Michael) Ryan (Edward), Makre (Dave La),
Contieras (Vincent), Bucs (James), Lillagore (Thomas), Scara
(Robert), Long (John A.)
 NO. 93-5121
 United States Court of Appeals,
Third Circuit.
 Oct 19, 1993
 
 Appeal From: D.N.J.,
 Russoniello, J.
 
 
 1
 AFFIRMED.